UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,<br><br>       Petitioner,<br><br>     -v.-<br><br>123 WASHINGTON LLC, *doing business as* THE WASHINGTON *and formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC,<br><br>       Respondents. | 24 Civ. 7213 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On September 24, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **October 10, 2024**. Respondents' opposition, if any, is due on **October 24, 2024**. Petitioner's reply, if any, is due **October 31, 2024**.

  Petitioner shall serve the petition upon Respondents electronically and by overnight mail no later than **October 3, 2024**, and shall file an affidavit of such service with the court no later than **October 7, 2024**.

SO ORDERED.

Dated: September 26, 2024
        New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge