UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,<br><br>                           Petitioner,<br><br>                  -v.-<br><br>123 WASHINGTON LLC, *doing business as* THE WASHINGTON *and formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC,<br><br>                           Respondents. | 24 Civ. 7213 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On September 24, 2024, Petitioner filed a petition to confirm an arbitration award.

      By letter motion dated October 9, 2024, Petitioner, with consent of Respondents, requested an extension of the schedule for good cause shown. (Dkt. #12).

      Accordingly, it is hereby ORDERED that Petitioner shall amend its petition on or before **October 24, 2024**, and move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — on or before **October 24, 2024**. Respondents' opposition, if any, is due on or before **November 7, 2024**. Petitioner's reply, if any, is due on or before **November 14, 2024**.

Petitioner shall serve the amended petition upon Respondents electronically and by overnight mail no later than **October 24, 2024**, and shall file an affidavit of such service with the court no later than **October 25, 2024**.

The Clerk of Court is directed to terminate the pending motions at docket entries 12 and 13.

SO ORDERED.

Dated: October 11, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge