UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                Plaintiff,

            -v.-

123 WASHINGTON LLC, *doing business as* THE WASHINGTON *and formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC.,

                Defendants.

24 Civ. 7213 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On September 26, 2024, the Court issued an Order setting forth the briefing schedule regarding the petition to confirm an arbitration award. (Dkt. #8). On October 11, 2024, the Court granted an extension of that schedule. (Dkt. #14).

    As required by the schedule, Petitioner moved for confirmation of the arbitral award in the form of a motion for summary judgment before October 24, 2024. (Dkt. #16). Respondents failed to file an opposition on or before November 7, 2024.

    After that deadline had passed, in response to outreach from the Court, Respondents' counsel of record informed the Court that he is no longer representing Respondents. To date, no motion to withdraw has been filed. From the Court's perspective, Respondents' counsel remains counsel of record. In the absence of a motion to substitute counsel, the Court expects counsel to

continue to represent its client in a manner consistent with its ethical obligations. *See* Local Civ. Rule 1.4. Accordingly, counsel is directed to respond to Petitioner's motion on or before **December 11, 2024**. Petitioner's reply, if any, is due on or before **December 18, 2024**.

    SO ORDERED.

Dated:  November 20, 2024
         New York, New York

*[signature: Katherine Polk Failla]*

                              KATHERINE POLK FAILLA
                              United States District Judge