UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK HOTEL AND GAMING TRADES COUNCIL, AFL-CIO,<br><br>                     Plaintiff,<br><br>                -v.-<br><br>123 WASHINGTON LLC, *doing business as* THE WASHINGTON *and formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC.,<br><br>                     Defendants. | 24 Civ. 7213 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2024, the Court issued an Order directing counsel for Respondents to respond to Petitioner's motion for confirmation of the arbitral award on or before December 11, 2024. (Dkt. #22). That was the third Order directing counsel to do so. (Dkt. #8, 14, 22).

The Court hereby grants Respondent's counsel, as well as Respondent, a final opportunity to respond to the motion filed at docket entry 16. If counsel or his client do not respond to the motion on or before **January 16, 2025**, the Court will consider the motion unopposed. Petitioner's reply, if any, is due on or before **January 23, 2025**.

SO ORDERED.

Dated:  December 20, 2024
        New York, New York

                                        _____
                                        KATHERINE POLK FAILLA
                                        United States District Judge