UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                      Plaintiff,                    **ORDER**

          -against-                **24-CV-7213 (KPF) (JW)**

123 WASHINGTON LLC, *doing business as* THE WASHINGTON, *formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC,

                      Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On August 5, 2025, Judge Failla referred this matter for a motion for attorneys' fees. Dkt. Nos. 27–28. The Parties are ordered to submit a joint proposed briefing schedule for the motion for attorneys' fees by **August 22, 2025**.

      SO ORDERED.

DATED:    New York, New York
               August 18, 2025

                                                       */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge