UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                    Plaintiffs,                     **ORDER**

        -against-                       **24-CV-7213 (KPF) (JW)**

123 WASHINGTON LLC, *doing business as* THE WASHINGTON, *formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is aware of Respondents counsel's two motions to withdraw as counsel at Dkt. Nos. 30 and 32, and Petitioner's letter regarding the proposed joint briefing schedule at Dkt. No. 31.

      The parties are to appear in Courtroom 228 of 40 Foley Square, New York, New York 1007, for a conference to discuss these issues on **September 17, 2025, at 11:00 AM**. A defendant representative is required to appear.

      SO ORDERED.

DATED:    New York, New York
              August 27, 2025

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge