UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                      Plaintiffs,               **ORDER**

                -against-                **24-CV-7213 (KPF) (JW)**

123 WASHINGTON LLC, *doing business
as* THE WASHINGTON, *formerly known
as* W NEW YORK DOWNTOWN, and
LUXURBAN HOTELS, INC., *formerly
known as* CORPHOUSING LLC,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Petitioner's letter at Dkt. No. 34. Unless Respondents' counsel notifies the Court that they are no longer moving to withdraw as counsel, the Court will proceed with the in-person conference scheduled for tomorrow, **September 17, 2025, at 11:00 AM**.

      SO ORDERED.

DATED:    New York, New York
                September 16, 2025

                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge