**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                        Plaintiffs,

            -against-

123 WASHINGTON LLC, *doing business*
*as* THE WASHINGTON, *formerly known*
*as* W NEW YORK DOWNTOWN, and
LUXURBAN HOTELS, INC., *formerly*
*known as* CORPHOUSING LLC,

                       Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-7213 (KPF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Mr. Gosseen's September 26 letter explaining why he did not attend the September 17 conference. Dkt. No. 41. The Court extends wishes for a speedy recovery to Attorney Gosseen. The in-person order to show cause conference scheduled for October 16, 2025, at 11:30 AM is therefore adjourned *sine die*.

       SO ORDERED.

DATED:    New York, New York
           September 30, 2025

                                    *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                        United States Magistrate Judge