UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK HOTEL AND GAMING
TRADES COUNCIL, AFL-CIO,

                      Plaintiffs,

        -against-

123 WASHINGTON LLC, *doing business as* THE WASHINGTON, *formerly known as* W NEW YORK DOWNTOWN, and LUXURBAN HOTELS, INC., *formerly known as* CORPHOUSING LLC,

                      Defendants.
-------------------------------------------------------------------X

**ORDER**

**24-CV-7213 (KPF) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Mr. Gosseen's October 3 letter requesting to appear remotely for the previously scheduled order to show conference. Dkt. No. 43. The Court's previous orders granted Mr. Gosseen's motion to withdraw (see Dkt. No. 38) and adjourned *sine die* the in-person order to show cause conference scheduled for October 16, 2025 (see Dkt. No. 42). Mr. Gosseen's request is therefore DENIED as moot.

      SO ORDERED.

DATED:    New York, New York
              October 7, 2025

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge