UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — — X

NEW YORK HOTEL AND GAMING TRADES           :
COUNCIL, AFL-CIO,                                               :    Civil Action No.  24-cv-07213 (KPF)
                         Petitioner,                :    (JW)
                                     :

     v.                                                           :

123 WASHINGTON LLC, doing business as THE  :    **ORDER AND**
WASHINGTON, formerly known as W NEW         :    **JUDGMENT**
YORK DOWNTOWN, and LUXURBAN              :
HOTELS, INC., formerly known as                      :
CORPHOUSING LLC,                                        :

                        Respondents.

— — — — — — — — — — — — — — — — — — — — — — — — — — X

       Petitioner, New York Hotel and Gaming Trades Council, AFL-CIO, having filed a

verified petition to confirm four (4) arbitration awards (the "Verified Petition"), and the action

having come before the Court, and Court having considered the same and ordered entry of

judgment in favor of Petitioner, now, therefore:

       IT IS ORDERED AND ADJUDGED that the Verified Petition is granted, that the

following arbitration awards are confirmed: Award #2023-56, issued May 5, 2023; Award

#2024- 05Supp, issued January 23, 2024; Award #2024-104Supp, issued August 26, 2024; and

Award #2024-121, issued October 11, 2024; and judgment is entered in favor of Petitioner and

against Respondent as follows:

1.  Confirming the Awards in all respects;

2.  Awarding Petitioner a total amount of **$1,215,700.32**, consisting of:

    a.  a bond in the amount of $1,058,568.20 to the Office of the Impartial
        Chairperson, inclusive of the 115% interest required by the Award; plus
    b.  interest from October 11, 2024, the date of Award #2024-121, at an annual
        rate of 9%, totaling 157,132.12;

3. Awarding Petitioner post-judgment interest at the statutory rate; and

4. Awarding Petitioner Attorneys' Fees in the amount of **$18,468.00** and costs in the amount of **$905.52**

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:      June 5, 2026                    SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

4926-2918-5970, v. 1